HAROLD RUTHIZER, Respondent, v. WILLIAM BASS DRESS CORP., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appel-

lant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.